JEANNETTE BORENSTEIN, Respondent, v. DAVID BORENSTEIN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JEANNETTE BORENSTEIN, Respondent, v. DAVID BORENSTEIN and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN OFFSET CORPORATION, Judgment Creditor, Appellant, v. CLAUDE KENDALL & WILLOUGHBY SHARP, INC., Judgment Debtor. (THE AMALGAMATED BANK OF NEW YORK, Third Party, Respondent.) — Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of ALFRED CERUTTI, Also Known as ALFREDO CERUTTI, an Alleged Incompetent Person. GUISEPPE GIAVANI, Petitioner, Appellant; HYMAN J. REIT, Special Guardian, and ROYAL ITALIAN CONSUL and LORENZO BONFANTINI, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Royal Italian Consul and Lorenzo Bonfantini. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer JJ.

In the Matter of Supplementary Proceedings: GINEVRA PRATO, Judgment Creditor, Respondent, v. ADELE SANTINI, Judgment Debtor. (CONCRETE STEEL COMPANY, Judgment Creditor, Appellant.) — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HAROLD STRASSBURGER, Respondent, v. KOLMAR, INC., a Foreign Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

No. 37 AND No. 39 ATTORNEY ST. INCORPORATED, Respondent, v. JULIUS KIRSHBAUM, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY J. CHELIMER, Appellant, v. ROSE SCHEIDLER, Sometimes Known as ROSE KOHN, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HELENA J. TITUS, Appellant, v. EDWARD W. TITUS, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING L. ERNST and Another, as Executors of and Trustees under the Last Will and Testament of HARRY ROSENWASSER, Deceased, Respondents, v. MEYER KRAUSHAAR and Another, Defendants, and STUARD HIRSCHMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.